CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 30 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Case No. 7-10-po-00168<br>) |
| v. | ) ORDER OF RELEASE<br>) |
| ISAI JIMENEZ-HERNANDEZ, | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendant. | ) |

The defendant appeared before the Court for sentencing June 28, 2010 and was sentenced to time served. At that time, a temporary order of detention pursuant to 18 U.S.C. §3142(d) was entered to permit filing of a detainer. The U. S. Immigration and Customs Enforcement Service has declined to issue any detainer, and the United States, through counsel, has notified the court that there exists no further need to detain this defendant. As such, it is now

## ORDERED

that defendant Isai Jiminez-Hernandez, shall be immediately released from the custody of the United States Marshal.

The Clerk shall certify copies of this Order to all parties and to the United States Marshal and United States Probation offices.

ENTER: This 30th day of June, 2010.

_/s/ Glen Conrad_
UNITED STATES DISTRICT JUDGE